BELLA CHAUSMER, PLAINTIFF-APPELLANT, v. HERMAN ARONS, DEFENDANT-RESPONDENT.

Decided October 11, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the motion, *Joseph Zemel.*

*Contra, Fast & Fast.*

PER CURIAM.

The motion is based upon an affidavit and the judgment record of the District Court of the second judicial district of Essex county which have been submitted.

Our examination of the matter leads us to the conclusion, after a consideration of the argument, that the motion of the plaintiff-appellant for costs should prevail, and it is so ordered accordingly.